UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIELLE SARMIENTO, et al.,

Plaintiffs,

v.

RUBY MARQUEZ, et al.,

Defendants.

Case No. 21-cv-06712-PJH

**DENYING ADMINSTRATIVE MOTION**

Re: Dkt. No. 35

Before the court is plaintiffs' motion to continue the case management conference in this matter and to seek other forms of relief associated with service of process. Having read the papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES plaintiffs' motion.

The case management conference remains on **March 17, 2022** at 2:00pm. The parties will discuss service of process and related issues at that time.

**IT IS SO ORDERED.**

Dated: March 7, 2022

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge