UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIELLE SARMIENTO, et al.,

    Plaintiffs,

v.

RUBY MARQUEZ, et al.,

    Defendants.

Case No. 21-cv-06712-PJH

**JUDGMENT**

The issues having been duly heard, and the court having dismissed the federal claims without leave to amend and the state claims without prejudice to filing in state court,

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action is dismissed.

**IT IS SO ORDERED.**

Dated: November 10, 2022

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge